■ VIGILANT INSURANCE COMPANY, Appellant, v RALPH SIB-BIO, Respondent. [971 NYS2d 698]—An appeal having been taken to this Court by the above-named appellant from an order and judgment (one paper), of the Supreme Court, New York County (Joan A. Madden, J.), entered on or about November 30, 2012, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated September 9, 2013, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Friedman, J.P., Freedman, Richter, Feinman and Gische, JJ. **[Prior Case History: 2012 NY Slip Op 32596(U).]**

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER MORALES, Appellant. [971 NYS2d 752]—

Judgment, Supreme Court, Bronx County (Eugene Oliver, J., at speedy trial motion; Richard Lee Price, J., at nonjury trial and sentencing), rendered October 5, 2011, convicting defendant of attempted assault in the third degree, attempted criminal possession of a weapon in the fourth degree and harassment in the second degree, and sentencing him to a term of one year probation and five days of community service, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations.

The court properly denied defendant's speedy trial motion. When the People filed a superseding information that changed their theory of the case, this did not render their earlier declaration of readiness illusory (*see People v Armstrong*, 163 Misc 2d 588, 589-590 [App Term, 1st Dept 1994], *lv denied* 84 NY2d 1028 [1995]). Accordingly, the periods of delay following the declaration were governed by the rules relating to postreadiness delay (*see People v Sinistaj*, 67 NY2d 236, 239 [1986]). Concur—Sweeny, J.P., DeGrasse, Manzanet-Daniels and Clark, JJ.